IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:14-CV-74-F

| | | |
|---|---|---|
| CORNELIUS BARNES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| KINSTON POLICE DEPARTMENT, | ) | |
| BRITTANY JONES, and J. METTS, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the Memorandum and Recommendation ("M&R") [DE-10] of United States Magistrate Judge Robert B. Jones, Jr., recommending that the *pro se* Plaintiff's complaint be dismissed for failure to prosecute. Plaintiff has failed to file any objection to the M&R.

After an independent and thorough review of the Magistrate Judge's M&R [DE-10] and a review of the record, the court concludes that the M&R is correct and in accordance with the law. Accordingly, the court hereby ADOPTS the M&R [DE-10] as its own, and the complaint is DISMISSED without prejudice for failure to prosecute. Clerk of Court is DIRECTED to close this case.

SO ORDERED.

This 4 day of September, 2014.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge