UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

CORNELIUS BARNES, )
)
        Plaintiff, )
)
)
v. ) **JUDGMENT**
)
) No. 4:14-CV-74-F
KINSTON POLICE DEPARTMENT, )
BRITTANY JONES and J. METTS, )
)
        Defendants. )

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that the court hereby ADOPTS the M&R [DE-10] as its own, and the complaint is DISMISSED without prejudice for failure to prosecute. Clerk of Court is DIRECTED to close this case.

**This Judgment Filed and Entered on September 4, 2014, and Copies To:**

Cornelius Barnes (207 Sunshine Street, Kinston, NC 28501)

| | |
|---|---|
| DATE | JULIE A. RICHARDS, CLERK |
| September 4, 2014 | /s/ Jacqueline B. Grady |
| | (By) Jacqueline B. Grady, Deputy Clerk |